

In The
Court of Appeals
Seventh District of Texas at Amarillo

_____

No. 07-16-00149-CV
_____

$8,760.00 IN U.S. CURRENCY; WATCH; LAPTOP COMPUTERS; TELEVISIONS;
ATHLETIC JERSEYS; PAIRS OF SHOES; 1999 LEXUS AND 2007 LEXUS

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 213th District Court
Tarrant County, Texas
Trial Court No. D213-S-12259A-13, Honorable Timmie Ray White, Presiding

July 1, 2016

MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant, Jimmy Sonny Salinas, Jr., filed a notice of appeal on February 19, 2016. We dismiss the appeal for want of prosecution.

Appellant's brief was due on June 6, 2016, but was not filed. By letter dated June 13, 2016, this court notified appellant that if his brief was not received by June 23, 2016, the appeal would be dismissed for want of prosecution. To date, neither a brief nor a motion to extend the deadline for filing same has been received by the court.

Accordingly, we dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam